## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:15-CV-1608T36MAP

Plaintiff:
**FEQUIERE FREDERIC, on behalf of himself and on behalf of others similarly situated**

vs.

Defendant:
**LYFT, INC. d/b/a LYFT FLORIDA, INC.**

TPL2015034647

For:
Brandon J. Hill
Wenzel Fenton Cabassa, P.A.

Received by TROPICAL SURVEILLANCE AND INVESTIGATIONS on the 9th day of July, 2015 at 11:57 am to be served on **LYFT, INC. D/B/A LYFT FLORIDA, INC. C/O REGISTERED AGENT INCORPORATING SERVICES, LTD., 1540 GLENWAY DRIVE, TALLAHASSEE, FL 32301**.

I, Tyree Slade, do hereby affirm that on the **10th day of July, 2015** at **1:57 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand for Jury Trial** with the date and hour of service endorsed thereon by me, to: **Melissa Stops** as **Registered Agent** for **LYFT, INC. D/B/A LYFT FLORIDA, INC.**, at the address of: **1540 GLENWAY DRIVE, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 38, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 210, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.
"Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

Tyree Slade
Process Server 214

**TROPICAL SURVEILLANCE AND INVESTIGATIONS**
Po Box 10961
Tampa, FL 33679
(813) 258-8885

Our Job Serial Number: TPL-2015034647
Ref: FEQUIERE FREDERIC

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0s

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Lyft, Inc d/b/a Lyft Florida, Inc**
was received by me on *(date)* **7-10-2015**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Melissa Stops, registered agent**, who is designated by law to accept service of process on behalf of *(name of organization)* **Incorporating Services, Ltd., 1540 Glenway Dr., Tallahassee, FL 32301** on *(date)* **7-10-2015** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **7-10-2015**

_____
*Server's signature*

**Tyree Slade #214**
*Printed name and title*

**2957 Capital Park Dr., Ste. 7, Tallahassee, FL 32301**
*Server's address*

Additional information regarding attempted service, etc: